**Order entered March 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00223-CV
No. 05-15-00224-CV

**IN RE JOHN CLOUD, Relator**

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F93-61603-N, F93-61604-N**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.


/s/      ADA BROWN
         JUSTICE